IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   TERRA WALKER, et al., | ) | |
|            Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-14-914-L |
| | ) | |
| (1)   APEX WIND CONSTRUCTION, LLC, et al., | ) ) | |
|            Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**
**OF KINGFISHER WIND LAND HOLDINGS, LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 7.1.1, the undersigned certifies that Defendant Kingfisher Wind Land Holdings, LLC is a Delaware limited liability company, whose sole members are MAP 2009, L.P. and MAP 2012, L.P. Pursuant to 28 U.S.C. 1332(d)(10), neither Kingfisher Wind Land Holdings, LLC, MAP 2009, L.P., nor MAP 2012, L.P. are citizens of Oklahoma.

Respectfully submitted,

PHILLIPS MURRAH P.C.

/s/Clayton D. Ketter
Thomas G. Wolfe, OBA No. 11576
Clayton D. Ketter, OBA No. 30611
101 North Robinson Avenue, 13th Floor
Oklahoma City, Oklahoma  73102
405.235.4100 – telephone
405.235.4133 – facsimile
tgwolfe@phillipsmurrah.com
cdketter@phillipsmurrah.com
ATTORNEYS FOR DEFENDANT
KINGFISHER WIND LAND HOLDINGS, LLC

874067

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of October, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Dallas L. Dale Strimple
dallas@aamodt.biz

J. Todd Woolery
todd.woolery@mcafeetaft.com

Jodi Cole
jodi.cole@mcafeetaft.com

Patrick L. Stein
patrick.stein@mcafeetaft.com

Timothy J. Bomhoff
tim.bomhoff@mcafeetaft.com

                                              PHILLIPS MURRAH P.C.

                                              /s/Clayton D. Ketter
                                              Thomas G. Wolfe, OBA No. 11576
                                              Clayton D. Ketter, OBA No. 30611
                                              Corporate Tower, Thirteenth Floor
                                              101 North Robinson Avenue
                                              Oklahoma City, Oklahoma  73102
                                              405.235.4100 – telephone
                                              405.235.4133 – facsimile
                                              tgwolfe@phillipsmurrah.com
                                              cdketter@phillipsmurrah.com
                                              ATTORNEYS FOR DEFENDANT
                                              KINGFISHER WIND LAND HOLDINGS, LLC

874067