IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1)   TERRA WALKER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-14-914-L |
| | ) | |
| (1)   APEX WIND CONSTRUCTION, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**KINGFISHER WIND LAND HOLDINGS, LLC'S JOINDER
TO CERTAIN DEFENDANTS' PARTIAL MOTION TO DISMISS**

Defendant Kingfisher Wind Land Holdings, LLC ("KWLH") hereby files this Joinder to the Partial Motion to Dismiss (Doc. 46) (the "Partial Motion to Dismiss") filed by Defendants Apex Wind Construction, LLC, Apex Clean Energy, Inc., Apex Clean Energy Holdings, LLC, Kingfisher Wind, LLC, Kingfisher Transmission, LLC, Campbell Creek Wind, LLC, and Campbell Creek Wind, Transmission, LLC.  The Partial Motion to Dismiss is incorporated by reference herein.

WHEREFORE, for the reasons set forth in the Partial Motion to Dismiss, KWLH respectfully requests that this Court enter an order dismissing the Plaintiffs' anticipatory trespass claim and dismissing any class action or other representative claims asserted by the individual Plaintiffs, and for such other and further relief deemed just and equitable by the Court.

1

        Respectfully submitted,

        PHILLIPS MURRAH P.C.

        /s/Clayton D. Ketter
        Thomas G. Wolfe, OBA No. 11576
        Clayton D. Ketter, OBA No. 30611
        Corporate Tower, Thirteenth Floor
        101 North Robinson Avenue
        Oklahoma City, Oklahoma  73102
        405.235.4100 – telephone
        405.235.4133 – facsimile
        tgwolfe@phillipsmurrah.com
        cdketter@phillipsmurrah.com

        ATTORNEYS FOR DEFENDANT
        KINGFISHER WIND LAND HOLDINGS,
        LLC

908740

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrant:

Dallas L. Dale Strimple
dallas@aamodt.biz

J. Todd Woolery
todd.woolery@mcafeetaft.com

Jodi Cole
jodi.cole@mcafeetaft.com

Patrick L. Stein
patrick.stein@mcafeetaft.com

Timothy J. Bomhoff
tim.bomhoff@mcafeetaft.com

                                         PHILLIPS MURRAH P.C.

                                         /s/Clayton D. Ketter
                                         Thomas G. Wolfe, OBA No. 11576
                                         Clayton D. Ketter, OBA No. 30611
                                         Corporate Tower, Thirteenth Floor
                                         101 North Robinson Avenue
                                         Oklahoma City, Oklahoma  73102
                                         405.235.4100 – telephone
                                         405.235.4133 – facsimile
                                         tgwolfe@phillipsmurrah.com
                                         cdketter@phillipsmurrah.com

                                         ATTORNEYS FOR DEFENDANT
                                         KINGFISHER WIND LAND HOLDINGS, LLC