## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

_Terra Walker, Et al_____,        )
                        Plaintiff        )
                                        )
vs.                                        )        Case No. _12-914-D_____
                                        )
_King Fisher Wind, LLC_____,        )        April 2016 **TRIAL DOCKET**
                        Defendant        )

## SCHEDULING ORDER

Date _8-6-15_____   Judge _Timothy D. DeGiusti_   Clerk _Mike Bailey____

Appearing for Plaintiff ___Dallas Stemple_____

Appearing for Defendant _Tim Bomhoff, Todd Woolery_____

## ☐ JURY TRIAL DEMANDED -  ☒ NON-JURY TRIAL

## THE FOLLOWING DEADLINES ARE SET BY THE COURT

1.  Motions to join additional parties to be filed by **within 14 days of this order**.

2.  Motions to amend pleadings to be filed by **within 14 days of this order**.

3.  Plaintiff to **file a final list of expert witness(es) in chief and serve expert reports** by _December 4, 2015_ .* Defendant to file a **final list of expert witness(es) in chief and serve expert reports to plaintiff** _December 18, 2015_ .*

4.  Plaintiff to file a **final list of witnesses,** together with addresses and brief summary of expected testimony where a witness has not already been deposed, by _December 18, 2015_ .* Defendant to file a **final list of witnesses** (as described above) **fourteen** (14) days thereafter.*

5.  Plaintiff to  file a **final exhibit** list by _December 18, 2015_ .* Defendant to file objections to plaintiff's final exhibit list, under Fed. R. Civ. P. 26(a)(3)(B), by **within 14 days** .

    Defendant to file a  **final exhibit** list 14 days thereafter.* Plaintiff to file objections to defendant's final exhibit list, under Fed. R. Civ. P. 26 (a)(3)(B) by **within 14 days** .

    **\*The listing of witnesses and exhibits shall separately state those expected to be called or used and those which may be called or used if the need arises. Except for good cause shown, no witness will be permitted to testify and no exhibit will be admitted in any party's case in chief unless such witness or exhibit was included in the party's filed witness or exhibit list.**

6.      Discovery to be completed by
        February 5, 2016 .

7.      All dispositive and *Daubert* motions to
        be filed by January 6, 2016** .

        **If dispositive motions are filed, the
        trial setting will change. The parties
        may also move to stay unexpired
        scheduling order deadlines pending
        the Court's ruling on dispositive
        motions. Absent such a motion, all
        deadlines will remain in force and
        effect.

        If the deadline for dispositive motions
        and *Daubert* motions precedes the
        discovery deadline, the parties are
        expected to conduct any discovery
        necessary for such motions in advance
        of the motion deadline.

8.      Trial docket April 11, 2016 ***

        ***Trial dockets generally begin the
        second Tuesday of each month.
        However, this practice varies,
        particularly during holidays. The
        published trial docket will announce
        the trial setting.

9.      Designations of deposition testimony to
        be used at trial to be filed by
        February 26, 2016 . Objections and
        counter-designations to be filed by
        7 days thereafter . Objections to
        counter-designations to be filed by
        7 days thereafter .

10.     Motions in limine to be filed by
        February 26, 2016 .****

        ****Unless leave of Court to file
        separate motions in limine is granted,
        all motions in limine shall be
        consolidated into a single filing, which
        shall be subject to the page limitation
        in LCvR 7.1(e).****

11.     Requested voir dire to be filed by
        February 26, 2016 .

12.     Trial briefs (optional unless otherwise
        ordered) to be filed by
        February 26, 2016 .

13.     Requested jury instructions to be filed on
        or before
        February 26, 2016 .*****

14.     Proposed findings and conclusions of
        law to be filed not later than
        February 26, 2016 .*****

        *****In addition to filing, the parties
        are encouraged, but not required, to
        submit their proposed jury
        instructions or findings of fact and
        conclusions of law in WordPerfect
        format to the Clerk via the Court's
        designated mail box:
        degiusti-orders@okwd.uscourts.gov.

15.     Any objection or responses to the trial
        submissions referenced in 10, 11, 12, 13,
        or 14 to be filed within **fourteen (14)
        days** thereafter.

16.     The Final Pretrial Report, approved by
        all counsel, and in full compliance with
        Local Rules (*see* Appendix IV), together
        with **a proposed order approving the
        report,** to be submitted to the Court by
        February 26, 2016 .

17.    This case is referred to ADR:

    ☐    Mediation by agreement of the parties, exempt from LCvR 16.3.
    ☐    by Order of the Court:

        ☐    Court-Ordered Mediation subject to LCvR 16.3.
        ☐    Judicial Settlement Conference
        ☐    Other _____

        If the Court orders mediation, the process shall be completed and a report filed with the Court by the parties, stating whether the case settled, or not later than _____.

18.    **Except as otherwise specifically ordered by the assigned judge, this case will not be scheduled for a judicial settlement conference unless, not later than fourteen (14) days after the trial docket is published, the parties file a joint motion requesting a judicial settlement conference.  The motion shall contain a certification by counsel that the parties have been advised of the motion and approve its filing.  The motion shall further describe in detail the settlement efforts made and dispute resolution techniques previously used in the case.**

19.    ☐ The parties consent to trial by a Magistrate Judge.

20.    Initial disclosures pursuant to Fed. R. Civ. P. 26 have been made ☐; are excused ☐; or ☐ shall be made not later than _____.

21.    Other:  <u>Objections to exhibits must be shown in the Final Pretrial Report or may be deemed waived</u>

      Dated this _6th_ day of _August_____, 20_15_.

                    BY ORDER OF THE COURT
                    CARMELITA REEDER SHINN, CLERK OF COURT

                    By:_____
                          Deputy Clerk

Copies to all parties