IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRA WALKER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. CIV-14-914-D |
| ) | |
| KINGFISHER WIND, LLC, ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT

Pursuant to the Order granting Defendant's Motion for Summary Judgment on the Merits of Plaintiffs' Nuisance Claim, judgment is hereby entered in favor of Defendant and against Plaintiffs.

**ENTERED** this 13th day of October, 2016.

_____
TIMOTHY D. DEGIUSTI
UNITED STATES DISTRICT JUDGE